UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 0:20-cv-60640-AHS

MARIE A. IACUONE,

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.
and CAPITAL ONE SERVICES, LLC.

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff MARIE A. IACUONE, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: July 21, 2020

                                                Respectfully Submitted,

                                                /s/ Jibrael S. Hindi
                                                **JIBRAEL S. HINDI, ESQ.**
                                                Florida Bar No.: 118259
                                                E-mail:   jibrael@jibraellaw.com
                                                **THOMAS J. PATTI, ESQ.**
                                                Florida Bar No.: 118377
                                                E-mail:   tom@jibraellaw.com
                                                The Law Offices of Jibrael S. Hindi
                                                110 SE 6th Street, Suite 1744
                                                Fort Lauderdale, Florida 33301
                                                Phone:    954-907-1136
                                                Fax:       855-529-9540

                                                *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 21, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        Respectfully Submitted,

        /s/ Thomas J. Patti                              .
        **THOMAS J. PATTI, ESQ.**
        Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com